UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JENELL M QUEE, | ) | |
| | ) | CASE NO. C05-4041MWB |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | |
| JO ANNE B BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

The ALJ's decision to deny benefits is **overruled**. This matter is remanded for calculation and award of benefits for the period from June 19, 2002 through June 22, 2003.

DATED: March 14, 2006

Pridgen J Watkins - Clerk

BY: s/KFS
Deputy Clerk